Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: jeffrey.gerardo@kutakrock.com
Email: steven.dailey@kutakrock.com

Attorneys for Defendant U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY COOMBS & JEFF TOLAND,<br><br>Plaintiffs,<br><br>v.<br><br>RCO LEGAL, P.S.; DONNA YEOWAN OH; US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-4<br><br>Defendants. | Case No. 8:16-cv-00233-DOC-JCGx<br><br>Assigned to:<br>District Judge: Hon. David O. Carter<br>Courtroom: 9D<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Jay C. Gandhi<br><br>**JUDGMENT OF DISMISSAL**<br><br>Date Filed: February 10, 2016 |

On June 7, 2016, the Court granted, without leave to amend, Defendant US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-4's ["US BANK's"] Motion to Dismiss Plaintiffs COURTNEY COOMBS' and JEFF TOLAND's First Amended Complaint.

4827-5528-3508.1
14617-913

- 1 -

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

JUDGMENT OF DISMISSAL

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is Dismissed as to US BANK with Prejudice and that a Judgment of Dismissal be entered in favor of US BANK and against Plaintiffs, and each of them. Based on said judgment, Plaintiffs, and neither of them, shall take nothing by way of the action from US BANK.

DATED: July 1, 2016

*/s/ David O. Carter*

Hon. David O. Carter

4827-5528-3508.1
14617-913

Kutak Rock LLP
Attorneys At Law
Irvine

- 2 -

JUDGMENT OF DISMISSAL